Case 3:24-mj-00683-MEG   Document 1-1   Filed 08/02/24   Page 1 of 5

United States District Court
District of Connecticut
FILED AT NEW HAVEN

August 2, 20 24

By S. Santos
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF THE           :
SEARCH OF AN INDIVIDUAL        :
TO OBTAIN DNA                  :   Case No. 3:24-mj-00683 (MEG)
                               :
                               :
                               :

**AFFIDAVIT**

I, Lisa Macnamara, being duly sworn, hereby depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. 2. I am a sworn "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for the offences enumerated in 18 United States Code, Section 2516. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). As an FBI Special Agent, I have directed, conducted, and participated in many criminal investigations of various federal laws. During the course of these investigations, I have executed search and seizure warrants, interviewed witnesses, and conducted surveillances. Additionally, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute federal arrest warrants. I have been employed by the FBI as a Special Agent for approximately 29 years. Prior to becoming a Special Agent with the FBI, I was a sworn police officer in Madison, Connecticut and New Haven, Connecticut for seven years.

2.	Since November 2006, I have been assigned to the New Haven Division of the FBI where my primary duty is the investigation of bank robbery offenses, as well as other reactive cases.

3.	Through my experience in law enforcement, I am familiar with, and have utilized, a wide variety of investigative techniques, including but not limited to the development of Confidential Human Sources, Title III wiretaps, source debriefings, physical surveillance, trash pulls, controlled purchases, telephone toll record analysis, pen registers, search warrants, and arrest warrants. As a result of my training and experience, I am familiar with federal laws. In addition, I have executed numerous search and arrest warrants, coordinated controlled purchases of contraband utilizing cooperating sources, conducted electronic and physical surveillance, and debriefed cooperating sources.

4.	I submit this affidavit in support of an application for a search warrant, pursuant to Federal Rule of Criminal Procedure 41, for two buccal swab DNA samples from Geoffrey Shapiro, with a birth year of 1980, for evidence of violations of Title 18, United States Code, Sections 1951 (Hobbs Act Robbery), and 2213(a) and (d) (Bank Robbery) (the "Subject Offenses"). Mr. Shapiro is at liberty and resides in the state of Connecticut.

5.	The facts in this affidavit come from my personal observations, my training and experience, my conversations with other police officers, agents and task force officers, my review of reports and video surveillance, and information obtained from other witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6. The FBI, along with several local law enforcement agencies are investigating two robberies. The first occurred on February 9, 2020 and involved the robbery of a Dunkin Donuts in Simsbury, Connecticut in which a revolver was displayed. The second occurred on February 21, 2020 and involved the Webster Bank in Glastonbury, Connecticut where a demand note stated that the robber had a gun. On March 10, 2020 a Grand Jury in New Haven returned an indictment for Geoffrey Shapiro for one count of Title 18, United Sates Code 1951, Interference with Commerce by Robbery and one count of title 18 United States Code 2113(a) and (d) Bank Robbery.

7. According to G.L., the victim teller at the Webster Bank, and as captured by the bank's video surveillance, a white male walked into the bank and waited in line. When it was his turn, he walked up to the teller counter. The white male said something to the bank teller (G.L.) and then handed her a handwritten demand note announcing the robbery. The note stated in part: "Stay calm I have a gun." The teller took money from her teller drawer and handed it to the white male. The white male took the money and demand note and left the bank. A bank employee called the police and the Glastonbury Police and Detectives responded to the bank. The loss to the bank was $1,837.00. The Police swabbed the teller counter, ledge and top of the mat for possible DNA. On March 18, 2024, the samples were then sent to the State of Connecticut Department of Emergency Services and Public Protection, Division of Scientific Services for DNA Analysis.

8. A Police canvas of the surrounding businesses revealed video surveillance from Giovanni's and Bin 228, located at 63 Hebron Avenue in Glastonbury, of a white male wearing the same clothing as the white male who robbed the bank walking. A dark colored Kia bearing Connecticut registration AU80835 was backed into a parking spot, but because of the camera angle

the whole car is not captured on video. Shortly after Shapiro walked by the vehicle, it left the parking lot. The vehicle is registered to Carol Shapiro of 430 Denslow Street, Windsor Locks.

9. Later the same day, Police responded to 430 Denslow Street in Windsor Locks and no one was there. The Police left the area and returned a short time later and saw the Kia drive into the driveway and a white male matching the description of the bank robber was exiting the vehicle. The male was identified as Geoffrey Shapiro with a birth year of 1980. Shapiro was detained and arrested on state Robbery and Larceny charges. The Police cleared the KIA and observed a green jacket, flat brimmed hat that appeared to be the same items worn by the bank robber. Shapiro was searched incident to arrest and he had $460.00 in a green wallet in his front pants pocket. Shapiro had a backpack when he was arrested which was searched and it contained two cell phones, a hunting knife and $1,760.00 cash.

10. A state search warrant was obtained for the KIA bearing Connecticut registration AU80835. The following items were seized from the car: a green winter jacket with a fur collar, a black baseball hat, a small black .22 caliber handgun and a demand note which was written in the style of a check. The note stated "Stay Calm it's a robbery. It's not personal. I have a gun and don't want to use it."

11. On April 18, 2024, the State of Connecticut Department of Emergency Services and Public Protection, Division of Scientific Services, advised that the three of the swabs submitted contained a complex mixture of DNA.

## Collection of DNA Samples

12. I know, based on my training and experience, that individuals can leave traces of DNA on items that they touch, such as firearms, clothing or parts of a vehicle such as a door handle. A qualified laboratory can analyze these DNA traces to determine a DNA profile for the person or persons who touched the object. Additionally, using a sample of DNA from a person, a laboratory can determine a person's DNA profile. The two profiles can then be compared to see if they are similar.

12. The DNA samples sought herein will be collected by buccal swabbing. This method involves taking a sterile swab (similar to a Q-tip) and gently scrubbing the inside of the right cheek, then the inside of the left check, for approximately five to ten seconds. Two samples are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. The seized samples will be submitted to the forensic laboratory and will be subject to examination, testing, and analysis, and will be compared to the DNA material obtained for the physical evidence seized during this investigation.

13. Based on the above fact, there is probable cause to believe, and I do believe, that obtaining buccal swab samples for DNA analysis from GEOFFREY SHAPIRO, with birth year of 1980, would identify evidence of the subject offenses.

Lisa C.MacNamara
Digitally signed by Lisa C.MacNamara
Date: 2024.08.01 12:18:47 -04'00'

Lisa MacNamara
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by telephone this  2nd  day of August 2024.

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2024.08.02 11:25:15 -04'00'

HON. MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE